UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 22-80048-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JULIANA GOMEZ MESA**,

    Defendant.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following the Change of Plea Hearing [ECF No. 51]. On August 24, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 47] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 9] pursuant to a written plea agreement and factual proffer statement [ECF No. 48]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered the guilty plea, and that the Court adjudicate Defendant guilty of Count 1 of the Indictment [ECF No. 9]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 51] is **ACCEPTED**.

2. The guilty plea entered into by Defendant Juliana Gomez Mesa as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 22-80048-CR-CANNON

3. Defendant Juliana Gomez Mesa is adjudicated guilty of Count 1 of the Indictment, which charges Defendant with conspiracy to possess with the intent to distribute a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846 [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of September 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record